# In the United States Court of Federal Claims

**No. 05-785 T**
**(into which has been consolidated No. 05-786 T, No. 05-787 T, No. 05-787 T, No. 05-789 T, No. 05-790 T, No. 05-791 T & No. 05-792 T)**

**FFRE HOLDINGS, LLC,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Order on Stipulation for Tax Partnership Decision, filed November 19, 2007,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the adjustments set forth in the Notices of Final Partnership Administrative Adjustment issued April 14, 2005, to FFRE Holdings, LLC, FFRE Acquisitions, LLC, and FFRE Management, LLC, for the taxable years 1999, 2000, and 2001 are correct except that a 15 percent penalty shall be imposed on the portion of any underpayment attributable to the gross valuation misstatement as provided by I.R.C. Sections 6662(a), 6662(b)(3), 6662(e) and 6662(h). See I.R.C. Section 6226(f).

Brian Bishop
Clerk of Court

**November 20, 2007** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.